IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:98-cr-2-01 |
| Plaintiff, | ) | |
| -vs- | ) | ORDER TO SHOW CAUSE |
| | ) | |
| THOMAS BLACKHAWK, JR., | ) | |
| | ) | |
| Defendant. | ) | |

TO:  Thomas Blackhawk, Jr.
     1720 E. Avenue B
     Bismarck, ND 58501

Defendant Thomas Blackhawk, Jr. failed to appear at the hearing scheduled on August 7, 2008, pursuant to an Order entered in this case on June 16, 2008.  Therefore,

IT IS ORDERED that Thomas Blackhawk, Jr. shall appear in the Courtroom of the William L. Guy Federal Building, 220 East Rosser Avenue, Bismarck, North Dakota, on **September 18, 2008, at 1:30 P.M.**, before the Honorable Charles S. Miller, Jr., Magistrate Judge of the United States District Court, to show cause why he should not be held in contempt of court for failing to appear at the hearing and/or returning a completed Financial Disclosure Statement of Individual Defendant to the United States.

IT IS FURTHER ORDERED THAT defendant Thomas Blackhawk, Jr. be prepared to answer questions, under oath, concerning his assets, income, expenditures, personal and real property and credits; and to produce the financial documents requested by the United States in its Application for Judgment Debtor Examination, at the hearing scheduled for **September 18, 2008, at 1:30 P.M.**   However, in lieu of this hearing, Thomas Blackhawk may fulfill his obligations under this Order by returning the Financial

Disclosure Statement Form and all documents requested by the United States no later than **September 8, 2008.**

Failure to appear at the hearing and/or return a Financial Statement to the United States based upon this Order may result in punishment for contempt of Court, including the immediate issuance of a Bench Warrant.

The United States Marshal is directed to personally serve this Order to Show Cause upon defendant, Thomas Blackhawk, Jr..

Dated this 8th day of August, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
